# Exhibit A

DUPLICATE ORIGINAL

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

ERRAN ELMORE,

    Plaintiff,

v.

BEKHIT ADAM, and HOA LOGISTICS,
INC, a foreign corporation,

    Defendants.

CASE NO. 26-0204-NI – L

HON. CHARLES T. LASATA

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI  48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com
mrp@rothsteinlawgroup.com

---

There is no other pending or resolved civil action arising
out of the same transaction or occurrence as alleged in
this Complaint.

BENJAMIN S. MANSON (P66187)

**COMPLAINT AND DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff herein, ERRAN ELMORE, by and through his attorneys,

ROTHSTEIN LAW GROUP PLC, and in support of his Complaint against Defendants, BEKHIT

ADAM, and HOA LOGISTICS, INC, a foreign corporation, shows unto this Honorable Court as

follows:

**GENERAL ALLEGATIONS**

1

1.      That Plaintiff, ERRAN ELMORE, is a resident of the City of Harvey, County of Cook, State of Illinois.

2.      That based upon information and belief, Defendant, BEKHIT ADAM (hereinafter sometimes referred to as "Defendant-Driver") at all times relevant herein resided at 715 25th St., Unit A, Greeley, Colorado 80631.

3.      That based upon information and belief, Defendant, HOA LOGISTICS, INC. (hereinafter sometimes referred to as "Defendant-Owner") at all times relevant herein resided and/or conducted business in Berrien County, Michigan, and whose Resident Agent is Amin Bashir Dhoofe, 715 25th St., Unit B Greeley, Colorado 80631.

4.      That this case involves a motor vehicle accident which occurred on or about December 11, 2024, in the Township of Chikaming, County of Berrien, State of Michigan.

5.      That the amount in controversy herein exceeds the sum of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars, exclusive of interest, costs, and attorney fees.

### COUNT I – NEGLIGENCE BY DEFENDANT, BEKHIT ADAM

6.      Plaintiff herein reincorporates and realleges Paragraphs 1 through 5 of the General Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

7.      That on or about December 11, 2024, Plaintiff was operating a certain 2017 blue Volvo Tractor motor vehicle bearing Illinois License Plate Number P1141107 and Vin Number 4V4NC9EH3HN983095 (hereinafter referred to as "Plaintiff's vehicle").

8.      That based upon information and belief, Defendant, BEKHIT ADAM, at all times relevant herein, was the operator of a motor vehicle identified as a 2016 white Freightliner Cascadia bearing Colorado License Plate Number AEMS25 and VIN 3AKJGLBG7GSHT7510

2

(sometimes herein referred to as "Defendant's vehicle"), and was responsible for the use, operation, maintenance, and was in control of same at the time of the subject motor vehicle accident.

9.    That on or about December 11, 2024, Defendant-Driver was operating said vehicle while traveling westbound on Sawyer Rd. at or near Tatro Ave, in the Township of Chikaming, County of Berrien, State of Michigan, when he made an improper turn and caused a motor vehicle collision with the Plaintiff's vehicle.

10.    That at all times relevant and material hereto, it was the duty of Defendant-Driver to operate said vehicle in a safe and reasonable manner and exercise such due care in such vehicle's operation as the rules of the common law require and in accordance with the laws of the State of Michigan and all subdivision thereof having jurisdiction.

11.    That, contrary to the duties set forth above and below, Defendant-Driver was negligent, careless, reckless, and guilty of willful and wanton disregard of the lives and safety of individuals such as Plaintiff in the operation of Defendant's motor vehicle, and further breached the aforesaid duties owed to Plaintiff, both statutory and common law, by way of illustration and not limitation:

A.  Failing to operate his vehicle in a reasonably careful and prudent manner, and failing to keep his vehicle under control so as to avoid a collision;

B.  Driving his vehicle on the highway and/or roadway carelessly and heedlessly in willful disregard of the safety of others, without due caution and circumspection, so as to endanger persons and property;

C.  Failing to make reasonable and proper observations and draw reasonable and proper conclusions which were necessary at the time so as to avoid the motor vehicle

3

accident with another vehicle;

D. Operating his vehicle in a reckless manner without regard for the safety of others in violation of numerous Michigan Statutes;

E. Failing to operate his vehicle at a safe speed which was reasonable and proper and within consideration for the then-existing conditions;

F. Making an improper turn;

G. Failing to yield the right of way;

H. Committing other acts and/or omissions which constitute breaches of duties owed Plaintiff with respect to the operation of a motor vehicle, which Plaintiff reserves the right to add at a later date.

12.    That in the happening of the aforesaid accident, Plaintiff herein was not negligent.

13.    That as a direct and proximate result of the aforementioned breaches of duties and negligence of Defendant-Driver, Plaintiff was caused to suffer and will likely continue to suffer severe, serious, painful, permanent, and/or disabling injuries, physical and/or psychological, including serious impairment(s) of body function(s) and/or permanent serious disfigurement.

14.    That as a direct and proximate result of the aforementioned negligence and breaches of duties of Defendant-Driver, Plaintiff herein was made to suffer serious and disabling injuries; including but not limited to injuries to his skeletal, nervous, cardiovascular and/or musculoskeletal systems, and injuries to the muscles, tendons, ligaments, nerves, bones and tissues of his head, back, neck, and/or other parts of his body, and/or aggravation of pre-existing conditions as well as other serious and disabling injuries, the nature and extent of which are not completely known at this time.

15.    That as a result of the aforesaid accident, Plaintiff suffered, and will likely continue

4

to suffer, great pain, discomfort, embarrassment, mental anguish, psychological trauma, depression, gross anxiety, and inconvenience.

16. That prior to the accident, Plaintiff herein was in reasonably good health and was able to and did participate in most of the usual activities of life, but since said accident, Plaintiff has been under medical care and in a state of continued pain, stress, and discomfort, all preventing him from engaging in many of those activities he engaged in prior to the accident.

17. That as a direct and proximate result of the subject automobile accident, Plaintiff, was made to suffer serious and disabling injuries as hereinabove described.

18. That the aforesaid injuries and damages sustained by Plaintiff constitute a serious impairment of a body function(s) and/or serious permanent disfigurement.

19. That as a direct and proximate result of the motor vehicle accident and the injuries Plaintiff sustained therein, Plaintiff has sought and obtained continued medical treatment and attention, including, but not limited to hospital, doctor, therapist, and/or nursing services, and will likely require medical treatment in the future.

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, BEKHIT ADAM, in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT II – OWNERSHIP LIABILITY OF DEFENDANT, HOA LOGISTICS, INC.

20. Plaintiff herein reincorporates and realleges Paragraphs 1 through 19 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

21. That, based upon information and belief, at all times relevant herein Defendant, HOA LOGISTICS, INC., was the sole and/or co-owner(s) of the vehicle that Defendant, BEKHIT

5

ADAM, was operating at the time of the aforementioned motor vehicle accident.

22.    That Defendant, BEKHIT ADAM, was operating Defendant-Owner's vehicle with the full consent and knowledge of Defendant-Owner, HOA LOGISTICS, INC., and accordingly Defendant, HOA LOGISTICS, INC., is liable and responsible for all damages sustained by Plaintiff proximately caused by Defendant-Driver's negligence pursuant to MCL 257.401 et. seq., as amended, and other applicable statutes of the State of Michigan governing owner's liability for the negligent operation of motor vehicles and the common law of the State of Michigan.

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT III – NEGLIGENT ENTRUSTMENT AGAINST DEFENDANT, HOA LOGISTICS, INC.

23.    Plaintiff herein reincorporates and realleges Paragraphs 1 through 22 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

24.    That on or about December 11, 2024, Defendant-Owner, HOA LOGISTICS, INC., entrusted Defendant's vehicle, a potentially dangerous instrumentality, to Defendant-Driver, BEKHIT ADAM, whom based upon information and belief, Defendant-Owner, HOA LOGISTICS, INC., knew, or should have known, was not a reasonably prudent driver and who may endanger others with said instrumentality.

25.    Defendant-Owner, HOA LOGISTICS, INC., is responsible for any and all damages sustained by Plaintiff in this matter as heretofore and hereinafter alleged which were caused as a result of the negligent operation of the said motor vehicle by Defendant-Driver, BEKHIT ADAM.

6

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT IV – RESPONDEAT SUPERIOR AGAINST DEFENDANT, HOA LOGISTICS, INC.

26.    Plaintiff herein reincorporates and realleges Paragraphs 1 through 25 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

27.    That on or about December 11, 2024, Defendant, HOA LOGISTICS, INC., was the owner and/or co-owner of said vehicle, operated by Defendant, BEKHIT ADAM.

28.    That on or about December 11, 2024, Defendant, BEKHIT ADAM, was an employee, servant and/or agent of said Defendant, HOA LOGISTICS, INC.

29.    That on or about December 11, 2024, and at the time of the aforesaid collision, Defendant, BEKHIT ADAM, was operating said motor vehicle with the express and/or implied consent of Defendant, HOA LOGISTICS, INC.

30.    That on or about December 11, 2024, Defendant, HOA LOGISTICS, INC., knew or should have known that Defendant, BEKHIT ADAM, was operating said motor vehicle.

31.    That on or about December 11, 2024, and at the time of the aforesaid accident, Defendant, BEKHIT ADAM, was operating said motor vehicle during the course of his employment for Defendant, HOA LOGISTICS, INC., and during the course of his regular duties for said Defendant.

32.    That Defendant, HOA LOGISTICS, INC., is liable for the injuries and damages sustained by Plaintiff as a result of the negligence of Defendant, BEKHIT ADAM, their servant, employee, and/or agent pursuant to the Doctrine of *Respondeat Superior*.

7

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interests, costs, and attorney fees.

Respectfully submitted,

ROTHSTEIN LAW GROUP, PLC

BENJAMIN S. MANSON (P66187)
Attorney for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048

Dated: May 29, 2026

8

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

ERRAN ELMORE,

      Plaintiff,

v.

BEKHIT ADAM, and HOA LOGISTICS,
INC, a foreign corporation,

      Defendants.

CASE NO. 26-     -NI

HON.

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com
mrp@rothsteinlawgroup.com

---

## DEMAND FOR JURY TRIAL

NOW COMES Plaintiff herein, ERRAN ELMORE, by and through his attorneys,

ROTHSTEIN LAW GROUP PLC, and hereby demands a trial by jury as to any and all issues so

triable in the captioned matter.

Respectfully submitted,

ROTHSTEIN LAW GROUP, PLC

*Benjamin S Manson*

BENJAMIN S. MANSON (P66187)
Attorney for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048

Dated: May 29, 2026

9

# DUPLICATE ORIGINAL

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 2nd **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | $26-0204-hI-L$ |

**Court address**

811 Port St., St. Joseph, MI 49085

**Court telephone no.**
269-983-7111

| Plaintiff's name, address, and telephone no.<br>ERRAN ELMORE<br><br>c/o Rothstein Law Group Plc<br>19068 West Ten Mile Rd.<br>Southfield, MI 48075 | v | Defendant's name, address, and telephone no.<br>HOA LOGISTICS, INC., a foreign corporation<br><br>c/o Resident Agent: Amin Bashir Dhoofe<br>715 25th St., Unit B<br>Greeley, CO 80631 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Michael J. Rothstein (P70240)<br>Benjamin S. Manson (P66187)<br>19068 West Ten Mile Rd.<br>Southfield, MI 48075<br>248-355-2048 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐_____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer  pending.

Summons section completed by court clerk.

## SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>6/1/26 | Expiration date*<br>8/31/26 | Court clerk | |
|---|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

# Exhibit B

DUPLICATE ORIGINAL

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

ERRAN ELMORE,

    Plaintiff,

v.

BEKHIT ADAM, and HOA LOGISTICS,
INC, a foreign corporation,

    Defendants.

CASE NO. 26-0204-NI - L

HON. CHARLES T. LASATA

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com
mrp@rothsteinlawgroup.com

---

There is no other pending or resolved civil action arising
out of the same transaction or occurrence as alleged in
this Complaint.

BENJAMIN S. MANSON (P66187)

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Plaintiff herein, ERRAN ELMORE, by and through his attorneys,

ROTHSTEIN LAW GROUP PLC, and in support of his Complaint against Defendants, BEKHIT

ADAM, and HOA LOGISTICS, INC, a foreign corporation, shows unto this Honorable Court as

follows:

### GENERAL ALLEGATIONS

1

1.    That Plaintiff, ERRAN ELMORE, is a resident of the City of Harvey, County of Cook, State of Illinois.

2.    That based upon information and belief, Defendant, BEKHIT ADAM (hereinafter sometimes referred to as "Defendant-Driver") at all times relevant herein resided at 715 25th St., Unit A, Greeley, Colorado 80631.

3.    That based upon information and belief, Defendant, HOA LOGISTICS, INC. (hereinafter sometimes referred to as "Defendant-Owner") at all times relevant herein resided and/or conducted business in Berrien County, Michigan, and whose Resident Agent is Amin Bashir Dhoofe, 715 25th St., Unit B Greeley, Colorado 80631.

4.    That this case involves a motor vehicle accident which occurred on or about December 11, 2024, in the Township of Chikaming, County of Berrien, State of Michigan.

5.    That the amount in controversy herein exceeds the sum of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars, exclusive of interest, costs, and attorney fees.

## COUNT I – NEGLIGENCE BY DEFENDANT, BEKHIT ADAM

6.    Plaintiff herein reincorporates and realleges Paragraphs 1 through 5 of the General Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

7.    That on or about December 11, 2024, Plaintiff was operating a certain 2017 blue Volvo Tractor motor vehicle bearing Illinois License Plate Number P1141107 and Vin Number 4V4NC9EH3HN983095 (hereinafter referred to as "Plaintiff's vehicle").

8.    That based upon information and belief, Defendant, BEKHIT ADAM, at all times relevant herein, was the operator of a motor vehicle identified as a 2016 white Freightliner Cascadia bearing Colorado License Plate Number AEMS25 and VIN 3AKJGLBG7GSHT7510

2

(sometimes herein referred to as "Defendant's vehicle"), and was responsible for the use, operation, maintenance, and was in control of same at the time of the subject motor vehicle accident.

9.     That on or about December 11, 2024, Defendant-Driver was operating said vehicle while traveling westbound on Sawyer Rd. at or near Tatro Ave, in the Township of Chikaming, County of Berrien, State of Michigan, when he made an improper turn and caused a motor vehicle collision with the Plaintiff's vehicle.

10.     That at all times relevant and material hereto, it was the duty of Defendant-Driver to operate said vehicle in a safe and reasonable manner and exercise such due care in such vehicle's operation as the rules of the common law require and in accordance with the laws of the State of Michigan and all subdivision thereof having jurisdiction.

11.     That, contrary to the duties set forth above and below, Defendant-Driver was negligent, careless, reckless, and guilty of willful and wanton disregard of the lives and safety of individuals such as Plaintiff in the operation of Defendant's motor vehicle, and further breached the aforesaid duties owed to Plaintiff, both statutory and common law, by way of illustration and not limitation:

A. Failing to operate his vehicle in a reasonably careful and prudent manner, and failing to keep his vehicle under control so as to avoid a collision;

B. Driving his vehicle on the highway and/or roadway carelessly and heedlessly in willful disregard of the safety of others, without due caution and circumspection, so as to endanger persons and property;

C. Failing to make reasonable and proper observations and draw reasonable and proper conclusions which were necessary at the time so as to avoid the motor vehicle

3

accident with another vehicle;

D. Operating his vehicle in a reckless manner without regard for the safety of others in violation of numerous Michigan Statutes;

E. Failing to operate his vehicle at a safe speed which was reasonable and proper and within consideration for the then-existing conditions;

F. Making an improper turn;

G. Failing to yield the right of way;

H. Committing other acts and/or omissions which constitute breaches of duties owed Plaintiff with respect to the operation of a motor vehicle, which Plaintiff reserves the right to add at a later date.

12. That in the happening of the aforesaid accident, Plaintiff herein was not negligent.

13. That as a direct and proximate result of the aforementioned breaches of duties and negligence of Defendant-Driver, Plaintiff was caused to suffer and will likely continue to suffer severe, serious, painful, permanent, and/or disabling injuries, physical and/or psychological, including serious impairment(s) of body function(s) and/or permanent serious disfigurement.

14. That as a direct and proximate result of the aforementioned negligence and breaches of duties of Defendant-Driver, Plaintiff herein was made to suffer serious and disabling injuries; including but not limited to injuries to his skeletal, nervous, cardiovascular and/or musculoskeletal systems, and injuries to the muscles, tendons, ligaments, nerves, bones and tissues of his head, back, neck, and/or other parts of his body, and/or aggravation of pre-existing conditions as well as other serious and disabling injuries, the nature and extent of which are not completely known at this time.

15. That as a result of the aforesaid accident, Plaintiff suffered, and will likely continue

4

to suffer, great pain, discomfort, embarrassment, mental anguish, psychological trauma, depression, gross anxiety, and inconvenience.

16. That prior to the accident, Plaintiff herein was in reasonably good health and was able to and did participate in most of the usual activities of life, but since said accident, Plaintiff has been under medical care and in a state of continued pain, stress, and discomfort, all preventing him from engaging in many of those activities he engaged in prior to the accident.

17. That as a direct and proximate result of the subject automobile accident, Plaintiff, was made to suffer serious and disabling injuries as hereinabove described.

18. That the aforesaid injuries and damages sustained by Plaintiff constitute a serious impairment of a body function(s) and/or serious permanent disfigurement.

19. That as a direct and proximate result of the motor vehicle accident and the injuries Plaintiff sustained therein, Plaintiff has sought and obtained continued medical treatment and attention, including, but not limited to hospital, doctor, therapist, and/or nursing services, and will likely require medical treatment in the future.

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, BEKHIT ADAM, in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT II – OWNERSHIP LIABILITY OF DEFENDANT, HOA LOGISTICS, INC.

20. Plaintiff herein reincorporates and realleges Paragraphs 1 through 19 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

21. That, based upon information and belief, at all times relevant herein Defendant, HOA LOGISTICS, INC., was the sole and/or co-owner(s) of the vehicle that Defendant, BEKHIT

5

ADAM, was operating at the time of the aforementioned motor vehicle accident.

22.    That Defendant, BEKHIT ADAM, was operating Defendant-Owner's vehicle with the full consent and knowledge of Defendant-Owner, HOA LOGISTICS, INC., and accordingly Defendant, HOA LOGISTICS, INC., is liable and responsible for all damages sustained by Plaintiff proximately caused by Defendant-Driver's negligence pursuant to MCL 257.401 et. seq., as amended, and other applicable statutes of the State of Michigan governing owner's liability for the negligent operation of motor vehicles and the common law of the State of Michigan.

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT III – NEGLIGENT ENTRUSTMENT AGAINST DEFENDANT, HOA LOGISTICS, INC.

23.    Plaintiff herein reincorporates and realleges Paragraphs 1 through 22 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

24.    That on or about December 11, 2024, Defendant-Owner, HOA LOGISTICS, INC., entrusted Defendant's vehicle, a potentially dangerous instrumentality, to Defendant-Driver, BEKHIT ADAM, whom based upon information and belief, Defendant-Owner, HOA LOGISTICS, INC., knew, or should have known, was not a reasonably prudent driver and who may endanger others with said instrumentality.

25.    Defendant-Owner, HOA LOGISTICS, INC., is responsible for any and all damages sustained by Plaintiff in this matter as heretofore and hereinafter alleged which were caused as a result of the negligent operation of the said motor vehicle by Defendant-Driver, BEKHIT ADAM.

6

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

## COUNT IV – RESPONDEAT SUPERIOR AGAINST DEFENDANT, HOA LOGISTICS, INC.

26. Plaintiff herein reincorporates and realleges Paragraphs 1 through 25 of the Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

27. That on or about December 11, 2024, Defendant, HOA LOGISTICS, INC., was the owner and/or co-owner of said vehicle, operated by Defendant, BEKHIT ADAM.

28. That on or about December 11, 2024, Defendant, BEKHIT ADAM, was an employee, servant and/or agent of said Defendant, HOA LOGISTICS, INC.

29. That on or about December 11, 2024, and at the time of the aforesaid collision, Defendant, BEKHIT ADAM, was operating said motor vehicle with the express and/or implied consent of Defendant, HOA LOGISTICS, INC.

30. That on or about December 11, 2024, Defendant, HOA LOGISTICS, INC., knew or should have known that Defendant, BEKHIT ADAM, was operating said motor vehicle.

31. That on or about December 11, 2024, and at the time of the aforesaid accident, Defendant, BEKHIT ADAM, was operating said motor vehicle during the course of his employment for Defendant, HOA LOGISTICS, INC., and during the course of his regular duties for said Defendant.

32. That Defendant, HOA LOGISTICS, INC., is liable for the injuries and damages sustained by Plaintiff as a result of the negligence of Defendant, BEKHIT ADAM, their servant, employee, and/or agent pursuant to the Doctrine of *Respondeat Superior*.

7

WHEREFORE, Plaintiff herein, ERRAN ELMORE, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, HOA LOGISTICS, INC., in whatever amount Plaintiff is found to be entitled, together with interests, costs, and attorney fees.

Respectfully submitted,

ROTHSTEIN LAW GROUP, PLC

BENJAMIN S. MANSON (P66187)
Attorney for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048

Dated: May 29, 2026

8

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

ERRAN ELMORE,

      Plaintiff,

v.

BEKHIT ADAM, and HOA LOGISTICS,
INC, a foreign corporation,

      Defendants.

CASE NO. 26-    -NI

HON.

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com
mrp@rothsteinlawgroup.com

---

## DEMAND FOR JURY TRIAL

NOW COMES Plaintiff herein, ERRAN ELMORE, by and through his attorneys, ROTHSTEIN LAW GROUP PLC, and hereby demands a trial by jury as to any and all issues so triable in the captioned matter.

Respectfully submitted,

ROTHSTEIN LAW GROUP, PLC

BENJAMIN S. MANSON (P66187)
Attorney for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048

Dated: May 29, 2026

9

# Exhibit C

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

ERRAN ELMORE,

      Plaintiff,

                           Case No. 26-0204-NI-L
                           Hon. CHARLES T. LASATA

v.

BEKHIT ADAM, and HOA LOGISTICS, INC.
a foreign corporation,

      Defendants.

_____/

| | |
|---|---|
| ROTHSTEIN LAW GROUP PLC | SCOPELITIS, GARVIN, LIGHT, |
| Michael J. Rothstein (P70240) | HANSON & FEARY |
| Benjamin S. Manson (P66187) | Andrew F. Marquis (P82641) |
| 19068 W. Ten Mile Road | 100 West Big Beaver, Suite 200 |
| Southfield, MI 48075 | Troy, MI  48084 |
| (248) 355-2048 / (248) 355-2079 Fax | (313) 237-7400 / (313) 963-7425 – Fax |
| mjr@rothsteinlawgroup.com | amarquis@scopelitis.com |
| bsm@rothsteinlawgroup.com | *Attorney for Defendants, Bekhit Adam* |
| mrp@rothsteinlawgroup.com | *& HOA Logistics, Inc.* |
| *Attorneys for Plaintiff* | |

_____/

**DEFENDANTS, BEKHIT ADAM AND HOA LOGISTICS, INC.,
<u>NOTICE OF FILING NOTICE OF REMOVAL</u>**

**TO:   Berrien County Clerk         Berrien County Circuit Court**
         **of the Circuit Court       811 Port St.**
        **811 Port St.                 St. Joseph, MI 49085**
        **St. Joseph, MI 49085**

        **ROTHSTEIN LAW GROUP PLC**
        **Michael J. Rothstein**
        **19068 W. Ten Mile Road**
        **Southfield, MI 48075**

PLEASE TAKE NOTICE that the above-entitled case has been removed to the United States District Court for the Western District of Michigan, Southern Division. In accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, a copy of the Notice of Removal filed by the Defendants, Bekhit Adam and HOA Logistics, Inc., is attached.

|                          | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY |
|--------------------------|-------------------------------------------|
| Dated: August 4, 2026    |                                           |

/s/ *Andrew F. Marquis*
By: Andrew F. Marquis (P82641)
100 West Big Beaver, Suite 200
Troy, MI 48084
(313) 237-7400 / (313) 963-7425 – Fax
amarquis@scopelitis.com

*Attorney for Defendants, Bekhit Adam &*
*HOA Logistics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record at their respective address on August 4, 2026, via Email.

ROTHSTEIN LAW GROUP PLC
Michael J. Rothstein (P70240)
Benjamin S. Manson (P66187)
19068 W. Ten Mile Road
Southfield, MI 48075

2

(248) 355-2048 / (248) 355-2079 Fax
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com
mrp@rothsteinlawgroup.com
*Attorneys for Plaintiff*

Respectfully submitted,

SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY

Dated: August 4, 2026

*/s/ Andrew F. Marquis*
By: Andrew F. Marquis (P82641)
100 West Big Beaver, Suite 200
Troy, MI 48084
(313) 237-7400 / (313) 963-7425 – Fax
amarquis@scopelitis.com

*Attorney for Defendants, Bekhit Adam &*
*HOA Logistics, Inc.*

4918-5808-2500,

3